IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Vinson, Eric K | Case Number:  06 B 06434 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  6/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 13, 2009
Confirmed:  October 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 23,939.26 | |
| Secured: | | 20,284.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,350.00 |
| Trustee Fee: | | 1,304.91 |
| Other Funds: | | 0.00 |
| Totals: | 23,939.26 | 23,939.26 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 2,350.00 | 2,350.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 5,727.90 | 3,709.45 |
| 5. | GE Capital Auto Financial Services | Secured | 2,888.39 | 1,928.53 |
| 6. | Barclay Condominium Homeowners | Secured | 8,937.10 | 4,870.36 |
| 7. | Wells Fargo Home Mortgage | Secured | 19,595.91 | 657.89 |
| 8. | Option One Mortgage Corp | Secured | 14,679.00 | 9,118.12 |
| 9. | Jerome Citron | Unsecured | 501.07 | 0.00 |
| 10. | GE Capital Auto Financial Services | Unsecured | 2,421.00 | 0.00 |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Linda Coleman | Priority | | No Claim Filed |
| 13. | M&N Management Co | Unsecured | | No Claim Filed |
| 14. | Seventh Avenue | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Fifth Third Bank | Unsecured | | No Claim Filed |
| | | | $ 57,100.37 | $ 22,634.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 16.31 |
| 4.8% | 359.89 |
| 5.4% | 587.61 |
| 6.5% | 288.30 |
| 6.6% | 52.80 |
| | $ 1,304.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Vinson, Eric K | Case Number:  06 B 06434 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  6/3/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*